**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Scott Anthony MARTIN, a/k/a Patsy**
**Martin, Defendant–Appellant.**

No. 01–7333.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Scott Anthony Martin, pro se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, VA, for appellee.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Scott Anthony Martin appeals from the district court's order denying his request for preparation of transcripts at government expense in order to prepare a motion under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Martin,* No. CR–00–82 (E.D.Va. filed July 13, 2001; entered July 16, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*